REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

TRADE SECRET/COMMERCIALLY SENSITIVE

FILED

2015 NOV 27  A 11: 45

CLERK. U.S. DISTRICT COURT
NO. DIST. OF CA.

FILED BY FAX

1  Dale Cendali (SB# 1969070)
   dale.cendali@kirkland.com
2  KIRKLAND & ELLIS LLP
   601 Lexington Avenue
3  New York, New York 10022
   Telephone: (212) 446-4800
4  Facsimile: (212) 446-4900

5  Allison Worthy Buchner (SB#253102)
   allison.buchner@kirkland.com
6  KIRKLAND & ELLIS LLP
   333 South Hope Street
7  Los Angeles, California 90071
   Telephone: (213) 680-8400
8  Facsimile: (213) 680-8500

9  Attorneys for Defendant (Applicant) and Non-
   Party Apple Inc.
10

11              UNITED STATES DISTRICT COURT

12          NORTHERN DISTRICT OF CALIFORNIA          **SK**

13  **CV 15  80 291MISC**

14                                CASE NO.

15  IN THE MATTER OF A DEPOSITION     )  [Related to Case Nos. 9120733/91207598
    SUBPOENA SERVED IN:               )  Pending in the Trademark Trial and
16                                    )  Appeal Board)
    RxD MEDIA, LLC,                   )
17                                    )  **DECLARATION OF DOUGLAS
              Plaintiff,              )  VETTER IN SUPPORT OF APPLE
18                                    )  INC.'S NOTICE OF MOTION AND
          v.                          )  MOTION FOR PROTECTIVE ORDER
19                                    )  TO QUASH RXD MEDIA LLC'S
    IP APPLICATION DEVELOPMENT LLC,   )  "APEX" DEPOSITION SUBPOENA**
20                                    )
              Defendant.              )  Hearing Date:  [To Be Set By Court]
21                                    )  Time:          TBD
                                      )  Courtroom:     TBD
22

23

24

25

26

27

28  DECLARATION OF DOUGLAS VETTER IN SUPPORT OF          CASE NO. TTAB NO. 91207333/91207598
    APPLE'S MOTION FOR PROTECTIVE ORDER

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

TRADE SECRET/COMMERCIALLY SENSITIVE

I, DOUGLAS VETTER, declare as follows:

1.      I am Vice President, Associate General Counsel, and Assistant Secretary at Apple Inc. ("Apple"). I make this declaration based on my personal knowledge of the facts stated herein, and, if called as a witness, could and would testify to these facts.

2.      I am not a party to the underlying proceeding before the Trademark Trial and Appeal Board ("Board proceeding"), nor am I an officer, director, or managing agent of IP Application Development LLC ("IPAD LLC"), the applicant in the Board proceeding.

3.      I understand that RxD Media, LLC ("RxD"), the opposer in the Board proceeding, wants to depose me because ███████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ███████

4.      ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ███████████████████████████████

5.      That is exactly what happened with the ████████████████. The ███████████████ was prepared and approved by ██████████████████████████ Thomas La Perle, Director of Trademark & Copyright at Apple, █████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████████ Thus, I believe that Mr. La Perle would be the appropriate witness on these issues. Based on our respective involvement with ██████████ ██████ I would not possess any knowledge about ██████████ that Mr. La Perle would not also possess.

6.      The same is true of ████████████████ which ████████████████ ████████████████████████████████ when ████████████████

DECLARATION OF DOUGLAS VETTER IN SUPPORT OF          2          CASE NO. TTAB No. 91207333/91207598
APPLE'S MOTION FOR PROTECTIVE ORDER

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

TRADE SECRET/COMMERCIALLY SENSITIVE

1 ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████.

6    7.    Approximately five years have elapsed since ███████████████████

████████████████

8    8.    I have no unique, personal, or first-hand knowledge about the ███████

██████████████████████████████████████

██████

11    9.    I did not draft the ████████████, nor did ███████ I am not responsible for

12 Apple's compliance with ███████████ or how Apple ██████████.

13    10.   I have no unique, personal, or first-hand knowledge about ███████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████ I have no direct knowledge about ███████████████████████████

17    11.   I have no unique, personal, or first-hand knowledge of ████████████

██████████

19    12.  ████████████████████████████

████████████████████████████

21    13.  ████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

TRADE SECRET/COMMERCIALLY SENSITIVE

1

2

3

4      14.

5

6      I declare under penalty of perjury under the laws of the United States of America that the

7  foregoing is true and correct.  Executed on November 19, 2015.

8

9                                                    _____
                                                      Douglas Vetter
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  DECLARATION OF DOUGLAS VETTER IN SUPPORT OF        4        CASE NO. TTAB NO. 91207333/91207598
    APPLE'S MOTION FOR PROTECTIVE ORDER