UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RXD MEDIA, LLC, | Case No.  15-mc-80291-SK |
| Plaintiff, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE** |
| IP APPLICATION DEVELOPMENT LLC, | |
| Defendant. | Regarding Docket No. 1 |

On November 27, 2015, non-party Apple, Inc. filed a motion for a protective order to quash a subpoena issued to Douglas Vetter.  The compliance date on the subpoena is November 30, 2015.

The Court hereby ORDERS that:

1.     Compliance with the subpoena shall be stayed pending the resolution of this motion.

2.     RxD Media, LLC's opposition shall be filed by no later than December 16, 2015.

3.     Apple's reply, if any, shall be filed by no later than December 23, 2015.

4.     Apply shall serve a copy of this order on RxD Media by no later than December 7, 2015.

**IT IS SO ORDERED**.

Dated:  December 4, 2015

_____
SALLIE KIM
United States Magistrate Judge