UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF A DEPOSITION SERVED IN:<br><br>RxD MEDIA, LLC ,<br>        Plaintiff,<br>   v.<br>IP APPLICATION DEVELOPMENT LLC,<br>        Defendant. | Case No.  15-mc-80291-SK<br><br>**ORDER TO SHOW CAUSE REGARDING MOTION TO SEAL**<br><br>Regarding Docket Nos. 13 |

On December 16, 2015, Plaintiff RxD Media, LLC filed an administrative motion to file under seal portions of documents designated confidential by IP Application Development LLC and Apple, Inc.  Apple has not filed a declaration that establishes the portions of these documents are sealable in the time period required by Northern District Civil Local Rule 79-5.  Accordingly, the Court HEREBY ORDERS Apple to show cause why the unredacted documents should not be filed in the public record.  Apple's response to the Order shall be filed by no later than January 8, 2016.  If Apple fails to file a declaration by that date, the Court shall deny the motion to seal and it shall direct the documents be filed in the public record without further notice to Apple.

**IT IS SO ORDERED**.

Dated: January 4, 2016

_____
SALLIE KIM
United States Magistrate Judge